IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

<u>   Marshall   </u>   DIVISION

| | | |
|---|---|---|
| CANDICE CLARK MORRIS, INDIVIDUALLY AND AS NEXT FRIEND OF A.C., a Minor | § | |
| v. | § | CIVIL ACTION NO. 2:23cv460-JRG |
| KIA MOTORS CORPORATION, KIA AMERICA, INC., and GRACO CHILDREN'S PRODUCTS, INC. | § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on <u>04/10/2025</u>.

The conference resulted in <u>impasse</u> (settlement, impasse or will be continued). All parties and counsel were/~~were not~~ present. (List those persons who were not present).

Note from the Mediator (if any):
A Mediator's Proposal has been presented to all parties.

SIGNED this <u> 11 </u> day of <u> April </u>, <u> 2,025 </u>.

_____
Assigned Mediator