**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CANDICE CLARK MORRIS, a Texas Resident, Individually and as Next Friend of A.C., a Minor § § § § § § § § § § § § |  |
| *Plaintiffs*, | CIVIL ACTION NO. 2:23-CV-460-JRG |
| vs. | |
| KIA MOTORS CORPORATION, ET AL. | |
| *Defendant*. | |

**ORDER AMENDING DOCKET CONTROL ORDER**

In accordance with the Parties' Joint Motion to Amend the Docket Control Order, it is hereby Ordered that the following schedule of deadlines is in effect until further order of this Court:

| **ORIGINAL DATE** | **AMENDED DATE** | **DEADLINE/EVENT** |
|---|---|---|
| **April 28, 2025** | **May 9, 2025** | Deadline for Filing Dispositive Motions and any other motions that may require a hearing; including *Daubert* motions. |
| **May 12, 2025** | **May 23, 2025** | Response to Dispositive Motions (including Daubert Motions). Responses to dispositive motions filed prior to the dispositive motion deadline, including Daubert Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV-56. |

So Ordered this ___ day of April 2025.

1