IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CANDICE CLARK MORRIS, a Texas Resident, Individually and as Next Friend of A.C., a Minor<br><br>*Plaintiff*,<br><br>vs.<br><br>KIA MOTORS CORPORATION, ET AL.<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:23-CV-460-JRG<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff, Candice Clark Morris, Individually and as Next Friend of A.C., a Minor, and Defendants, Kia Motors Corporation, Kia America, Inc., and Graco Children's Products, Inc. (collectively, "the Parties"), by and through their undersigned counsel, hereby advise the Court that the Parties have reached a settlement of this matter. The Parties jointly request the Court stay all deadlines and that any pending Motions be considered moot. Further, the parties request that a Guardian *Ad Litem* be appointed for purposes of review and approval of the subject settlement.

1

Respectfully submitted,

*/s/ Jeffrey T. Embry*
Jeffrey T. Embry
State Bar No. 24002052
jeff@hossleyembry.com
Attorney-In-Charge
Matt Montgomery
State Bar No. 24041509
matt@hossleyembry.com
Margaret C. Pennell
State Bar No. 24116893
meg@hossleyembry.com
**HOSSLEY EMBRY, LLP**
515 S. Vine Ave.
Tyler, Texas 75702
Ph.  903-526-1772
**ATTORNEYS FOR PLAINTIFF**

*/s/ David M. Prichard*
David M. Prichard
State Bar No. 16317900
(210) 477-7401 [Direct]
Email: dprichard@prichardyoungllp.com
A. Nikki Vega
State Bar No. 24115901
(210) 477-7423 [Direct]
Email: nvega@prichardyoungllp.com

**PRICHARD YOUNG, LLP**
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7400 [Telephone]
(210) 477-7450 [Telecopier]

***Attorneys for Defendant,***
***KIA Corporation f/k/a***
***KIA Motors Corporation***

*/s/ Scott W. Self*
**SCOTT W. SELF** (Attorney-In-Charge)
State Bar No. 24033176
SSelf@feesmith.com
**PATRICK T. WIGGINS**
State Bar No. 24095351
pwiggins@feesmith.com

2

**HUNTER R. TORMEY**
State Bar No. 24131718
htormey@feesmith.com
**FEE, SMITH & SHARP, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200 (fax)

and

**STEPHEN M. COPENHAVER** (pro hac vice)
Steve.copenhaver@afslaw.com
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

**ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS, INC.**

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel conferred with Defendants' counsel, Mr. David Prichard and Mr. Scott Self, via telephone on April 15, 2025, and all parties agree to the relief sought herein. This Joint Motion is unopposed.

*/s/ Jeffrey T. Embry*
Jeffrey T. Embry

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 16th day of April 2025.

*/s/ Jeffrey T. Embry*
Jeffrey T. Embry

3